| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| **Southern District of Florida** |
| Case number *(If known)*: _____   Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  
New Focus Mental Health Solution LLC

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names, and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
84-2600939

**4. Debtor's address**

Principal place of business  
14201 SW 120th Street  
Suite 203  
Number    Street

Miami    FL    33186  
City    State    Zip Code

DADE  
County

Mailing address, if different from principal place of business  
Number    Street

City    State    Zip Code

Location of principal assets, if different from principal place of business  
Number    Street

City    State    Zip Code

**5. Debtor's website (URL)**  
www.newfocusmentalhealth.com

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1 of 5  
Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor  **New Focus Mental Health Solution LLC**                         Case number *(if known)* _____
               Name

| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
|   |   | ☐ Partnership (excluding LLP) |
|   |   | ☐ Other. Specify: _____ |

| 7. | Describe debtor's business: | A. *Check one:* |
|---|---|---|
|   |   | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
|   |   | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
|   |   | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
|   |   | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
|   |   | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
|   |   | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
|   |   | ☑ None of the above |
|   |   | B. Check all that apply: |
|   |   | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
|   |   | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
|   |   | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
|   |   | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
|   |   | **6214** |

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|
|   |   | ☐ Chapter 7 |
|   |   | ☐ Chapter 9 |
|   |   | ☑ Chapter 11. *Check **all** that apply:* |
|   |   | ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
|   |   | ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
|   |   | ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
|   |   | ☐ A plan is being filed with this petition. |
|   |   | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|   |   | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
|   |   | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
|   |   | ☐ Chapter 12 |

Debtor  **New Focus Mental Health Solution LLC**                        Case number *(if known)* _____
        Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ☒ No
   ☐ Yes.  District _____  When _____  Case number _____
                                          MM/DD/YYYY

   If more than 2 cases, attach a separate list.

                    District _____  When _____  Case number _____
                                                   MM/DD/YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☒ No
    ☐ Yes.  Debtor _____      Relationship _____
                District _____     When _____
                                                        MM/DD/YYYY

    List all cases. If more than 1, attach a separate list.

                Case number, if known _____

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number      Street

                              _____
                              City              State   ZIP Code

    **Is the property insured?**

    ☐ No
    ☐ Yes.  Insurance agency _____
            Contact name _____
            Phone _____

Debtor  **New Focus Mental Health Solution LLC** _____  Case number *(if known)* _____
       Name

## Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ☑ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. | **Estimated number of creditors** | | | | | |
|---|---|---|---|---|---|---|
| | | ☑ | 1-49 | ☐ 1,000-5,000 | ☐ | 25,001-50,000 |
| | | ☐ | 50-99 | ☐ 5,001-10,000 | ☐ | 50,001-100,000 |
| | | ☐ | 100-199 | ☐ 10,001-25,000 | ☐ | More than 100,000 |
| | | ☐ | 200-999 | | | |

| 15. | **Estimated assets** | | | | | |
|---|---|---|---|---|---|---|
| | | ☑ | $0-$50,000 | ☐ $1,000,001-$10 million | ☐ | $500,000,001-$1 billion |
| | | ☐ | $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| | | ☐ | $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| | | ☐ | $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ | More than $50 billion |

| 16. | **Estimated liabilities** | | | | | |
|---|---|---|---|---|---|---|
| | | ☐ | $0-$50,000 | ☐ $1,000,001-$10 million | ☐ | $500,000,001-$1 billion |
| | | ☐ | $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ | $1,000,000,001-$10 billion |
| | | ☑ | $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ | $10,000,000,001-$50 billion |
| | | ☐ | $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ | More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | I have been authorized to file this petition on behalf of the debtor. |
| | | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | | I declare under penalty of perjury that the foregoing is true and correct. |
| | | Executed on  **4/1/2025** |
| | |                    MM / DD / YYYY |
| | | ✗ **/s/ Mauricio Marti Padron**       **Mauricio Marti Padron** |
| | |    Signature of authorized representative of debtor     Printed name |
| | | Title  **Member** |

Debtor **New Focus Mental Health Solution LLC**                                    Case number *(if known)* _____
         Name

| 18. | Signature of attorney | ✗ | **/s/ Jacqueline Calderin** | Date | _____ |
|-----|----------------------|---|-----------------------------|------|-----------|
|     |                      |   | Signature of attorney for debtor |  | MM / DD / YYYY |

**Jacqueline Calderin**
Printed name

**Agentis PLLC**
Firm name

**45 Almeria Avenue**
Number      Street

**Coral Gables**                         **FL**            **33134**
City                                     State             ZIP Code

**(305) 722-2002**                       **jc@agentislaw.com**
Contact Phone                            Email address

**134414**                               **Florida**
Bar number                               State

Official Form 201           Voluntary Petition for Non-Individuals Filing for Bankruptcy           page 5 of 5
Copyright © Financial Software Solutions, LLC                                                     BlueStylus

**Fill in this information to identify your case:**

Debtor Name  **New Focus Mental Health Solution LLC**

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (*If known*):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Sunshine Health Plan<br>4180 SW 74th Court<br>Miami, FL 33155 | Sunshine Health Plan<br>() - | Settlement | | | | $87,500.00 |
| 2 | Chase Visa<br>Wilmington, DE 19886-5153 | Chase Visa<br>() - | Credit Card Purchases | | | | $5,700.00 |
| 3 | Lucky Start Enterprises, LLC<br>Building 7<br>14201 SW 120th Street<br>Miami, FL 33186 | Lucky Start Enterprises, LLC<br>() - | Rent | | | | $4,172.19 |
| 4 | Miami-Dade Sheriff's Office<br>Florida School Bus Infraction Detection Enforcement<br>PO Box 4187<br>Allentown, PA 18105 | Miami-Dade Sheriff's Office<br>() - | Notice# MDC-2750562 | Contingent<br>Unliquidated<br>Disputed | | | $200.00 |

# United States Bankruptcy Court

## Southern District of Florida

In re  **New Focus Mental Health Solution LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **4/1/2025**

/s/ Mauricio Marti Padron  
**Mauricio Marti Padron**  
Signature of Debtor

**Adaptive Infotech LLC**
**2810 NE 55 Street**
**Fort Lauderdale, FL 33308**

**Agency for Health Care Administration**
**PO Box 830054**
**Tallahassee, FL 32308-0000**

**Ally**

**Chase Visa**
**Wilmington, DE 19886-5153**

**Comcast Business**

**Copytech**

**Florida Department of Revenue**
**5050 W Tennessee Street**
**Tallahassee, FL 32399**

**Integrated Imaging, LLC**
**419 Salem Ave., SW**
**Roanoke, VA 24016**

**Internal Revenue Service**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**Lucky Start Enterprises, LLC**
**14201 SW 120th Street**
**Miami, FL 33186**


**Lucky Start Enterprises, LLC**
**Building 7**
**14201 SW 120th Street**
**Miami, FL 33186**


**Mauricio Marti Padron**


**Miami Dade County Tax Collector**
**Bankruptcy Paralegal Unit**
**200 N.W. Second Avenue, Suite 430**
**Miami, FL 33130-0000**


**Miami-Dade Sheriff's Office**
**Florida School Bus Infraction Detection Enforcement**
**PO Box 4187**
**Allentown, PA 18105**


**Sunshine Health Plan**
**4180 SW 74th Court**
**Miami, FL 33155**


**Sunshine Health Plans**
**4180 SW 74th Court, Ste 204**
**Miami, FL 33155**

Copyright © Financial Software Solutions, LLC

**United States Bankruptcy Court**
**Southern District of Florida**

In re  **New Focus Mental Health Solution LLC**                Case No.  _____
                                        Debtors(s)              Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders with is prepared in accordance with rule 1007(a)(3) for filing in this Chapter **11** Case

| Registered Name and last known address or place of business of security holder | Security Class | Number of Securities or Percentage | Kind of Interest |
|---|---|---|---|
| **Mauricio Marti Padron** | | 100 % | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

   I, the **Authorized Agent** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **4/1/2025**                     Signature  **Mauricio Marti Padron**
                                                  **Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.