**Fill in this information to identify the case and this filing:**

Debtor Name __New Focus Mental Health Solution LLC__

United States Bankruptcy Court for the: __Southern District of Florida__

Case number (*If known*): __25-13613-LMI__

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors <span style="float:right">12/15</span>

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property (*Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases (*Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/28/2025__
         MM/DD/YYYY

✗ __/s/ Mauricio Marti Padron__
Signature of individual signing on behalf of debtor

__Mauricio Marti Padron__
Printed name

__Member__
Position or relationship to debtor

Copyright © Financial Software Solutions, LLC                                    BlueStylus

**Fill in this information to identify your case:**

Debtor Name   **New Focus Mental Health Solution LLC**

United States Bankruptcy Court for the:   **Southern District of Florida**

Case number (*If known*):   **25-13613-LMI**

☑ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  **Sunshine Health Plan**  **4180 SW 74th Court**  **Miami, FL 33155** | **Sunshine Health Plan**  **() -** | **Trade Debt** | | | | $87,500.00 |
| 2  **Chase Visa**  **Wilmington, DE 19886-5153** | **Chase Visa**  **() -** | **Credit Card Purchases** | | | | $5,700.00 |
| 3  **Lucky Start Enterprises, LLC**  **Building 7**  **14201 SW 120th Street**  **Miami, FL 33186** | **Lucky Start Enterprises, LLC**  **() -** | **Trase Debt** | | | | $4,172.19 |
| 4  **Miami-Dade Sheriff's Office**  **Florida School Bus Infraction Detection Enforcement**  **PO Box 4187**  **Allentown, PA 18105** | **Miami-Dade Sheriff's Office**  **() -** | **Notice# MDC-2750562** | **Contingent Unliquidated Disputed** | | | $200.00 |

Copyright © Financial Software Solutions, LLC                                                                 BlueStylus

**Fill in this information to identify your case:**

Debtor Name   **New Focus Mental Health Solution LLC**

United States Bankruptcy Court for the:   **Southern District of Florida**

Case number (*If known*):   **25-13613-LMI**

☑ Check if this is an amended filing

## Official Form 206Sum

## Summary of Your Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ............................................................................ $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* ......................................................................... $ _____ 26,498.56

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ............................................................................ $ _____ 26,498.56

| Part 2: | Summarize Your Liabilities |
| --- | --- |

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of Schedule D........................................ $ _____ 6,006.72

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ _____ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................................ + $ _____ 97,572.19

4. **Total liabilities** ................................................................................................................. $ _____ 103,578.91
    Lines 2 + 3a + 3b

**Fill in this information to identify your case:**

Debtor Name   **New Focus Mental Health Solution LLC**

United States Bankruptcy Court for the:   **Southern District of Florida**

Case number (*if known*):   **25-13613-LMI**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the amount of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** $ _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1 | Chase Bank | Checking Account | 3137 | $ 185.00 |
| 3.2 | Chase Bank | Checking Account | 5667 | $ 1,006.74 |
| 3.3 | Chase Bank | Savings Account | 8321 | $ 12.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ 1,203.74

Debtor    **New Focus Mental Health Solution LLC**          Case number *(if known)*    **25-13613-LMI**
_____Name_____

---

| **Part 2:** | **Deposits and prepayments** |

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   **7.1**   Securty Deposit for Premises located at 14201 SW 120th Street, Miami, Florida 33186          $ _____10,887.10_

   **7.2**   FPL          $ _____200.00_

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2**
   Add lines 7 through 8. Copy the total to line 81.          $ _____11,087.10_

---

| **Part 3:** | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

    **11a. 90 days old or less:**    To Be Supplemented  –  To Be Supplemented  =  $ To Be Supplemented
    face amount          doubtful or uncollectible accounts

    **Note: Medicaid, Sunshine Health Plan and Aetna to be supplemented.**

    Unknown  –  0.00  =  $ 0.00
    face amount          doubtful or uncollectible accounts

    **11b. Over 90 days old:**    0.00  –  0.00  =  $ 0.00
    face amount          doubtful or uncollectible accounts

    0.00  –  0.00  =  $ 0.00
    face amount          doubtful or uncollectible accounts

---

Copyright © Financial Software Solutions, LLC          BlueStylus

| Debtor | **New Focus Mental Health Solution LLC** | Case number *(if known)* | **25-13613-LMI** |
|---|---|---|---|
| | Name | | |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ _____ 1.00

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**
    - ☑ No. Go to Part 5.
    - ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                        % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

| _____ | _____ | $ _____ | _____ | $ _____ |
|---|---|---|---|---|
| | MM / DD / YYYY | | | |

Copyright © Financial Software Solutions, LLC

Debtor     **New Focus Mental Health Solution LLC**                    Case number *(if known)*   **25-13613-LMI**
           _____                                        _____
           Name

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____$ **0.00**

24. **Is any of the property listed in Part 5 perishable?**
   - ☒ No
   - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   - ☒ No
   - ☐ Yes.

      Book value   $ _____     Valuation method _____     Current Value  $ _____

26 **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   - ☒ No
   - ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
   - ☒ No. Go to Part 7.
   - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| **30.** **Farm machinery and equipment (Other than titled motor vehicles)** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |

Copyright © Financial Software Solutions, LLC                                                                              BlueStylus

Debtor  **New Focus Mental Health Solution LLC**                    Case number *(if known)*  **25-13613-LMI**
        Name

32. **Other farming and fishing-related property not already listed in Part 6**

_____  $ _____    _____  $ _____

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.                                      $ _____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☒ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☒ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes

        Book value  $ _____    Valuation method _____    Current Value  $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☒ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☐ No. Go to Part 8.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| 39. **Office furniture** | | | |
| **2 Computers, register machine and telephone** | $ 0.00 | _____ | 200.00 |
| 40. **Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |

Debtor **New Focus Mental Health Solution LLC**
Name

Case number *(if known)* **25-13613-LMI**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

_____     $ _____     _____     $ _____

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

_____     $ _____     _____     $ _____

43. **Total of Part 7.**

Add lines 38 through 42. Copy the total to line 86.

$ _____ **200.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45 **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  **2014 Chevrolet Express** | $ 8,000.00 | | $ 8,000.00 |
| 47.2  **2017 Ford Transit (Mileage: 208,000)** | $ 0.00 | | $ 6,006.72 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | $ _____ | | $ _____ |
| 49. **Aircraft and accessories** | $ _____ | | $ _____ |

Official Form 206A/B

**Schedule A/B: Property — Real and Personal Property**

page 6 of 11

Copyright © Financial Software Solutions, LLC

BlueStylus

Debtor    **New Focus Mental Health Solution LLC**          Case number *(if known)*  **25-13613-LMI**
          Name

---

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____  $ _____  _____  $ _____

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$              **14,006.72**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Leasehold interest in business premises located at 14201 SW 120th St, Miami, FL 33186** | **Lessor** | $         **0.00** | | $             **0.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$             **0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC                                                              BlueStylus

| Debtor | **New Focus Mental Health Solution LLC** | Case number *(if known)* | **25-13613-LMI** |
|---|---|---|---|
| | Name | | |

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ _____ | _____ | $ _____ |
| 61. **Internet domain names and websites** **www.newfocusmentalhealth.com** | $ **0.00** | _____ | $ **0.00** |
| 62. **Licenses, franchises, and royalties** | $ _____ | _____ | $ _____ |
| 63. **Customer lists, mailing lists, or other compilations** | $ _____ | _____ | $ _____ |
| 64. **Other intangibles, or intellectual property** | $ _____ | _____ | $ _____ |
| 65. **Goodwill** | $ _____ | _____ | $ _____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ _____ **0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

---

Debtor  **New Focus Mental Health Solution LLC**
        Name                                                    Case number *(if known)*  **25-13613-LMI**

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 11:    All other assets**

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  |
|---|
| **Current value of debtor's interest** |

71. **Notes receivable**

Description (include name of obligor)

_____  _____ **–** _____ **=** $ _____
                         Total face amount              doubtful or uncollectible accounts

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax Year _____  $ _____

73. **Interests in insurance policies or annuities**

**General Liability Insurance Policy (Ascendant) Policy# P102.876.149.2**  _____  $ _____ 0.00

**Personal Liability Insurance (Hiscox) Policy # P102.876.161.2**  _____  $ _____ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  $ _____

**Nature of claim**  _____

**Amount requested**  $ _____

_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  $ _____

**Nature of claim**  _____

**Amount requested**  $ _____

---

Debtor **New Focus Mental Health Solution LLC**
Name

Case number *(if known)* **25-13613-LMI**

76. **Trusts, equitable or future interests in property**

_____ $ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____ $ _____

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

| | |
|---|---|
| $ | 0.00 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,203.74 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 11,087.10 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 2.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 14,006.72 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................... ➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* ✚ | $ 0.00 | |

Debtor   **New Focus Mental Health Solution LLC**                    Case number *(if known)*   **25-13613-LMI**
         Name

91.  **Total.** Add lines 80 through 90 for each column...................... 91a.   $ _____**26,499.56**_____  **+** 91b.  $ _____**0.00**_____

92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92.  ...................................................................................   $ _____**26,499.56**_____

**Fill in this information to identify your case:**

Debtor Name    **New Focus Mental Health Solution LLC**

United States Bankruptcy Court for the:    **Southern District of Florida**

Case number (*If known*):    **25-13613-LMI**

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible**

1.  **Do any creditors have claims secured by your property?**
    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1**

**Creditor's Name**

**Ally**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority. _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**47.1 2017 Ford Transit (Mileage: 208,000)**          $ ____6,006.72____  $ ____6,006.72____

**Describe the lien**

**Vehicle Lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Description

| Vehicle Loan for 2017 Ford Transit |
| --- |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any**          $ ____6,006.72____

Debtor    **New Focus Mental Health Solution LLC**                    Case number *(if known)*    **25-13613-LMI**

Name

| Part 2: | List Others to Be Notified for a Debt That You Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify your case:**

Debtor    **New Focus Mental Health Solution LLC**

United States Bankruptcy Court for the: **Southern District of Florida**

Case number (*If known*):    **25-13613-LMI**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☒ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1

| | Total Claim | | Priority Amount |
|---|---|---|---|

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $      **Unknown** |
|---|---|---|---|

Nonpriority creditor's name and mailing address

**Agency for Health Care Administration**

**PO Box 830054**

**Tallahassee, FL 32308-0000**

As of the petition filing date, the claim is: *Check all that apply.*
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ _____ **Unknown**

Date or dates debt was incurred

_____

Basis for the claim:

**Potential Overpayment**

Description

Last 4 digits of account number _____

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Copyright © Financial Software Solutions, LLC     BlueStylus

Debtor    **New Focus Mental Health Solution LLC**    Case number *(if known)*   **25-13613-LMI**
Name

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____5,700.00

**Chase Visa**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wilmington, DE 19886-5153**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Credit Card Purchases

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____0.00

**Florida Department of Revenue**

**5050 W Tennessee Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Tallahassee, FL 32399**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Notice Purposes Only

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$_____0.00

**Internal Revenue Service**

**PO Box 7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia, PA 19101-7346**

**Date or dates debt was incurred**

**Basis for the claim:**

**Description**

Notice Purposes Only

**Last 4 digits of account number** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | |
|---|---|
| Debtor | **New Focus Mental Health Solution LLC** |
| | Name |

Case number *(if known)*  **25-13613-LMI**

---

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**Lucky Start Enterprises, LLC**

**Building 7**
**14201 SW 120th Street**

**Miami, FL 33186**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,172.19

| | |
|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:** |
| | **Rent** |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

Description

**Trase Debt**

---

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**Miami Dade County Tax Collector**

**Bankruptcy Paralegal Unit**
**200 N.W. Second Avenue, Suite 430**

**Miami, FL 33130-0000**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

| | |
|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:** |
| | |
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| | ☑ No |
| | ☐ Yes |

Description

**Notice Purposes Only**

---

Copyright © Financial Software Solutions, LLC

| Debtor | **New Focus Mental Health Solution LLC** | Case number *(if known)* | **25-13613-LMI** |
| --- | --- | --- | --- |
| | Name | | |

---

**3.7**  **Nonpriority creditor's name and mailing address**

**Miami-Dade Sheriff's Office**

**Florida School Bus Infraction Detection Enforcement**
**PO Box 4187**

**Allentown, PA 18105**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

$ _____ 200.00

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Citation**

**Is the claim subject to offset?**

☒ No
☐ Yes

Description

Notice# MDC-2750562

---

**3.8**  **Nonpriority creditor's name and mailing address**

**Sunshine Health Plan**

**4180 SW 74th Court**

**Miami, FL 33155**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____ 87,500.00

**Date or dates debt was incurred**

**Last 4 digits of account number** _____

**Basis for the claim:**

**Settlement**

**Is the claim subject to offset?**

☒ No
☐ Yes

Description

Trade Debt

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
| --- | --- |

**4.**  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number |
| --- | --- | --- |
| **4.1**  **Adaptive Infotech LLC**<br>**2810 NE 55 Street**<br>**Fort Lauderdale, FL 33308** | Line _____<br>☐ Not listed. Explain<br><br>**Notice Purposes Only re:**<br>**Integrated Imaging, LLC re:**<br>**Lauris Online billing**<br>**software** | _____ |

---

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor    **New Focus Mental Health Solution LLC**                    Case number *(if known)*   **25-13613-LMI**
          Name

5.    **Add the amounts of priority and nonpriority unsecured claims.**          | **Total of claim amounts** |

| | | |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $ _____ **0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | $ _____ **97,572.19** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ **97,572.19** |

**Fill in this information to identify your case:**

Debtor Name    New Focus Mental Health Solution LLC

United States Bankruptcy Court for the:    Southern District of Florida

Case number (If known):    25-13613-LMI          Chapter    11

☐ Check if this is an
   amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)*.

| 2. | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | Lease for business premises located at 14201 SW 120th St, Miami, FL 33186 | Lucky Start Enterprises, LLC<br>14201 SW 120th Street<br>Miami, FL 33186 |
|---|---|---|---|
| | **State the term remaining** | 30 | |
| | **List the contract number of any government contract** | | |

| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | Lauris Online billing software | Integrated Imaging, LLC<br>419 Salem Ave., SW<br>Roanoke, VA 24016 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | Copier, scanner and printer lease | Copytech |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Contract for data, voice, secure package and equipment for business premises | Comcast Business |
|---|---|---|---|
| | **State the term remaining** | 15 | |
| | **List the contract number of any government contract** | 40013828 | |

Copyright © Financial Software Solutions, LLC          BlueStylus

**Fill in this information to identify your case:**

Debtor Name    **New Focus Mental Health Solution LLC**

United States Bankruptcy Court for the:    **Southern District of Florida**

Case number (*If known*):    **25-13613-LMI**

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    ☐  No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
    ☒  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name and description** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1** **Mauricio Marti Padron** <br> Name <br><br> **Guarantor on Lease for business premises located at 14201 SW 120th St, Miami, FL 33186 with Lucky Start Enterprises, LLC** <br> Description | **14201 SW 120th Street** <br> Number    Street <br><br><br><br><br> **Miami**          **FL**    **33186** <br> City              State    Zip Code | **Lucky Start Enterprises, LLC** <br> Name | ☐ D  _____ <br> ☐ E/F  _____ <br><br><br><br> ☒ G  _____ |
| **3.5** **Mauricio Marti Padron** <br> Name <br><br> **Guarantor on Lease for business premises located at 14201 SW 120th St, Miami, FL 33186 with Lucky Start Enterprises, LLC** <br> Description | **14201 SW 120th Street** <br> Number    Street <br><br><br><br> **Miami**          **FL**    **33186** <br> City              State    Zip Code | **Lucky Start Enterprises, LLC** <br> Name | ☐ D  _____ <br> ☒ E/F  **3.5** <br><br><br> ☐ G  _____ |

Copyright © Financial Software Solutions, LLC                                        BlueStylus

**Fill in this information to identify your case:**

Debtor name    **New Focus Mental Health Solution LLC**

United States Bankruptcy Court for the:    **Southern District of Florida**

Case number (if known):    **25-13613-LMI**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

    ☐ None

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
    |---|---|---|---|
    | From the beginning of the fiscal year to filing date: | From **1/1/2025** to Filing date<br>MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ **158,783.59** |
    | For prior year: | From **1/1/2024** to **12/31/2024**<br>MM/DD/YYYY    MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ **2,743,727.76** |
    | For the year before that: | From **1/1/2023** to **12/31/2023**<br>MM/DD/YYYY    MM/DD/YYYY | ☑ Operating a business<br>☐ Other _____ | $ **2,180,196.00** |

2. **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

    | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|---|
    | From the beginning of the fiscal year to filing date: | From _____ to Filing date<br>MM/DD/YYYY | _____ | $ _____ |
    | For prior year: | From _____ to _____<br>MM/DD/YYYY    MM/DD/YYYY | _____ | $ _____ |
    | For the year before that: | From _____ to _____<br>MM/DD/YYYY    MM/DD/YYYY | _____ | $ _____ |

Debtor    **New Focus Mental Health Solution LLC**        Case number *(if known)*   **25-13613-LMI**
      Name

---

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

---

3.   **Certain payments or transfers to creditors within 90 days before filing this case**

     List payments or transfers–including expense reimbursements–to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

     ☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| **3.1** _____ Creditor's Name | _____ | $ _____ | ☐ Secured debt |
| | | | ☐ Unsecured loan repayments |
| Number    Street | _____ | | ☐ Suppliers or vendors |
| | | | ☐ Services |
| | | | ☐ Other _____ |
| City      State   ZIP Code | _____ | | |

4.   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

     List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

     ☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| **4.1** _____ Insider's Name | _____ | $ _____ | |
| Number    Street | _____ | | |
| City      State   ZIP Code | _____ | | |
| **Relationship to debtor** _____ | | | |

5.   **Repossessions, foreclosures, and returns**

     List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

     ☑ None

---

Copyright © Financial Software Solutions, LLC                                                      BlueStylus

Debtor    **New Focus Mental Health Solution LLC**                          Case number *(if known)*   **25-13613-LMI**
          Name

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| **5.1** | | | | $ _____ |
| | Creditor's Name | | | |
| | Number    Street | | | |
| | City              State   ZIP Code | | | |

---

6.  **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| **6.1** | | | | $ _____ |
| | Creditor's Name | | | |
| | Number    Street | | | |
| | City              State   ZIP Code | Last 4 digits of account number: XXXX– _____ | | |

---

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| **7.1** | | | | ☐ Pending |
| | | | Creditor's Name | ☐ On appeal |
| | Case Number | | | ☐ Concluded |
| | | | Number    Street | |
| | | | City              State   ZIP Code | |

---

8.  **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

Copyright © Financial Software Solutions, LLC
BlueStylus

Debtor  **New Focus Mental Health Solution LLC**                    Case number *(if known)*  **25-13613-LMI**
Name

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| **8.1** _____ | _____ | $ _____ |
| Custodian's name | **Case title** | **Court name and address** |
| _____ | _____ | _____ |
| Number    Street | **Case number** | Court's Name |
| _____ | _____ | _____ |
| City          State   ZIP Code | **Date of order or assignment** | Number      Street |
| | _____ | _____ |
| | | City                State   ZIP Code |

---

| Part 4: | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1** _____ | | _____ | $ _____ |
| Recipient's Name | | | |
| _____ | | | |
| Number      Street | | | |
| _____ | | | |
| City          State   ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**
Copyright © Financial Software Solutions, LLC                                                              BlueStylus

Debtor    **New Focus Mental Health Solution LLC**                     Case number *(if known)*    **25-13613-LMI**
Name

---

| Part 5: | Certain Losses |
|---|---|

10.    **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | | |

10.1    _____    _____    _____    $ _____

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11.    **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1 **Agentis PLLC** Recipient's Name | | **2/3/2025** | $ **5,000.00** |
| **45 Almeria Avenue** Number    Street | | | |
| **Coral Gables        FL    33134** City              State    ZIP Code | | | |
| **Email or website address** | | | |
| **www.agentislaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |
| _____ | | | |

12.    **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

---

| Debtor | **New Focus Mental Health Solution LLC** | Case number *(if known)* | **25-13613-LMI** |
|---|---|---|---|
| | Name | | |

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| **12.1** | _____ | | _____ | $ _____ |
| | **Trustee** | | | |
| | _____ | | | |

13. **Transfers not already listed on this statement**

List any transfers of money or other property–by sale, trade, or any other means–made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| **13.1** | _____ | | _____ | $ _____ |
| | Recipient's Name | | | |
| | _____ | | | |
| | Number     Street | | | |
| | _____ | | | |
| | City          State  ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| **14.1** | **4180 SW 74 Court** **Suite 202** | | From  **7/19/2019**  To  **8/31/2024** | |
| | Number     Street | | | |
| | **Miami** | **FL**  **33155** | | |
| | City | State  ZIP Code | | |

Debtor    **New Focus Mental Health Solution LLC**                    Case number *(if known)*    **25-13613-LMI**

Name

---

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**15.1**

Facility Name

| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
|---|---|---|

Number    Street

Number    Street

*Check all that apply:*
☐ Electronically

City                State    ZIP Code

☐ Paper

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes.   State the nature of the information collected and retained.    **Patient Name, DOB, SSN**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes.   Does the debtor serve as plan administrator?

☐ No. Go to Part 10.
☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

Has the plan been terminated?

☐ No
☐ Yes

---

Copyright © Financial Software Solutions, LLC    BlueStylus

Debtor    __New Focus Mental Health Solution LLC__                     Case number *(if known)*   __25-13613-LMI__
      Name

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **18.1** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State   ZIP Code | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | _____ | $ _____ |

**19.  Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **19.1** _____<br>Name<br><br>_____<br>Number     Street<br><br>_____<br>City          State   ZIP Code | <br>**Address**<br> | | ☑ No<br>☐ Yes |

**20.  Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

Copyright © Financial Software Solutions, LLC      BlueStylus

| Debtor | **New Focus Mental Health Solution LLC** | Case number *(if known)* | **25-13613-LMI** |
|---|---|---|---|
| | Name | | |

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **20.1** **Public Storage** <br> Name <br><br> **12625 SW 137 Avenue Unit A3081** <br> Number        Street <br><br> **Miami            FL    33186** <br> City        State    ZIP Code | **Mauricio Marti Padron** <br><br> **Address** | **Patient files, 2 obsolete desks and office holiday decorations** | ☐ No <br> ☒ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21.    **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **21.1** <br> Owner's Name <br><br> Number        Street <br><br> City            State    ZIP Code | | | $ _____ |

---

**Part 12:    Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

◼ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

◼ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

◼ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No

☐ Yes. Provide details below.

---

Copyright © Financial Software Solutions, LLC                                                            BlueStylus

| Debtor | **New Focus Mental Health Solution LLC** | Case number (*if known*) | **25-13613-LMI** |
|---|---|---|---|
| | Name | | |

| Case title | Court or agency name and address | Nature of case | Status of case |
|---|---|---|---|
| **22.1** | Name | | ☐ Pending |
| | | | ☐ On appeal |
| **Case Number** | | | ☐ Concluded |
| | Number      Street | | |
| | City                State   ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**
☒ No
☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **23.1** | Name | Name | | |
| | Number      Street | Number      Street | | |
| | City          State   ZIP Code | City          State   ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
☒ No
☐ Yes. Provide details below.

| | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|---|
| **24.1** | Name | Name | | |
| | Number      Street | Number      Street | | |
| | City          State   ZIP Code | City          State   ZIP Code | | |

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.
☒ None

| Debtor | **New Focus Mental Health Solution LLC** | Case number *(if known)* | **25-13613-LMI** |
|---|---|---|---|
| | Name | | |

| **Business name and address** | **Describe the nature of the business** | **Employer Identification number** |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

**25.1**

Name

Number    Street

City                State    ZIP Code

EIN: _____

**Dates business existed**

From _____ To **Present**

---

26.   **Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| **Name and address** | **Dates of service** |
|---|---|
| **26a.1** **Ivet M. Gomez** <br> Name <br> **Rushmore Group** <br> **3350 SW 148th Ave.** <br> **Suite 110-Office #121** <br> Number    Street <br> **Hollywood**  **FL**  **33027** <br> City                State    ZIP Code | From **1/1/2023** To **3/25/2025** |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| **Name and address** | **Dates of service** |
|---|---|
| **26b.1** **Ivet M. Gomez** <br> Name <br> **Rushmore Group** <br> **3350 SW 148th Ave.** <br> **Suite 110-Office #121** <br> Number    Street <br> **Hollywood**  **FL**  **33027** <br> City                State    ZIP Code | From **1/1/2023** To **3/25/2025** |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

Copyright © Financial Software Solutions, LLC                                                                                                    BlueStylus

| Debtor | **New Focus Mental Health Solution LLC** | Case number *(if known)* | **25-13613-LMI** |
|---|---|---|---|
| | Name | | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1** _____<br>Name<br><br>_____<br>Number        Street<br><br>_____<br>City                    State    ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐  None

| Name and address |
|---|
| **26d.1   Pirs Capital, LLC**<br>Name<br><br>**1688 Meridian Ave, Ste 700**<br>Number        Street<br><br>**Miami Beach**                                    **FL**    **33139**<br>City                                    State    ZIP Code |

27.  **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒  No
☐  Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|
| **27.1** _____<br>Name<br><br>_____<br>Number        Street<br><br>_____<br>City                    State    ZIP Code |

28.  **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **28.1   Mauricio Marti Padron** | | **Manager and sole owner** | **100.00** |

| Debtor | **New Focus Mental Health Solution LLC** | Case number *(if known)* | **25-13613-LMI** |
|---|---|---|---|
| | Name | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No

☐ Yes. Identify below.

| | Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|---|
| **29.1** | _____ | _____ | _____ | From _____ To **Present** |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| **30.1** | **Mauricio Marti Padron**<br>Recipient's Name<br><br>_____<br>Number     Street<br><br>_____<br>City           State   ZIP Code<br><br>**Relationship to debtor**<br>**Manager** | **Gross salary $43,750.02** | **Various** | **Salary Comnpensation** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

Official Form 207 **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy** page 13 of 14

Copyright © Financial Software Solutions, LLC

| Debtor | **New Focus Mental Health Solution LLC** | Case number *(if known)* | **25-13613-LMI** |
|---|---|---|---|
| | Name | | |

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **4/28/2025**
                        MM/DD/YYYY

**✗**    **/s/ Mauricio Marti Padron**                              Printed name    **Mauricio Marti Padron**
         Signature of individual signing on behalf of the debtor

         Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No
☐ Yes